**WILLIS & YOUNG, P.C.**
921 Bergen Avenue, Suite 528
Jersey City, New Jersey 07306
(201) 659-2090
Attorney for Defendant, KYLE RAGUSA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | :: | UNITED STATES DISTRICT COURT |
| | :: | DISTRICT OF NEW JERSEY |
| Plaintiff, | :: | |
| | :: | |
| vs. | :: | CRIM NO. 08-00327 (SRC) (4) |
| | :: | |
| KYLE RAGUSA, | :: | |
| | :: | CONSENT ORDER |
| Defendant(s) | :: | |

THIS matter having been opened to the Court by Peter R. Willis, Esq., of Willis & Young, P.C. attorney for defendant Kyle Ragusa requesting an Order modifying bail conditions and the United States Attorney, by Ronald Wigler, Assistant United States Attorney, and Roberto Cordeiro, Pre-trial Services, appearing and for good cause shown,

IT IS on this 25 day of September, 2008,

**ORDERED** That Defendant is permitted to leave his home on the following days:

Sunday, September 26, 2008 from 1:00 p.m. until 5:00 p.m. to travel to Calabria Restaurant, 588 S. Livingston Ave., Livingston, New Jersey for the purpose of attending a Christening Dinner in honor of Anthony James and Teresa Gianna Paone;

**IT IS FURTHER ORDERED** that all other bail conditions and restrictions remain in full force and effect.

_____
HON. STANLEY R. CHESLER, USDJ

I hereby consent to form and entry of Order

_____
RONALD WIGLER, AUSA

_____
ROBERTO CORDEIRO, PRE-TRIAL SERVICE
William Sobchik

TOTAL P.02