WILLIS & YOUNG, P.C.
921 Bergen Avenue, Suite 525
Jersey City, New Jersey 07306
(201) 659-2090
Attorney for Defendant, KYLE RAGUSA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | :: | UNITED STATES DISTRICT COURT, |
| Plaintiff, | :: | DISTRICT OF NEW JERSEY |
| vs. | :: | CRIM. NO. 08-00327 |
| KYLE RAGUSA, | :: | PROPOSED ORDER |
| Defendant(s) | :: | |

THIS matter having been opened to the Court by Peter R. Willis, Esq., of Willis & Young, P.C. attorney for defendant Kyle Ragusa, requesting an Order modifying bail conditions and the United States Attorney, by Ronald Wigler, Assistant United States Attorney, and Roberto Cordeiro, Pre-trial Services, appearing and for good cause shown,

IT IS on this 8th day of April, 2009;

ORDERED That Defendant ~~is permitted to leave his home on~~ the following day, accompanied by his mother, Valerie Bilz, and his fiancée, Maria Nuciforo:

Sunday, April 12, 2009, from 1:00 p.m. until 7:00 p.m., to travel to the home of his fiancée's brother, Victor Nuciforo's, at 6 Rohn Street, East Hanover, New Jersey, to celebrate Easter with his family;

IT IS FURTHER ORDERED ~~that all other bail conditions and restrictions remain in full force and effect.~~

*application is denied*

_____
HON.