WILLIS & YOUNG, P.C.
921 Bergen Avenue, Suite 525
Jersey City, New Jersey 07306
(201) 659-2090
Attorney for Defendant, KYLE RAGUSA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | :: | UNITED STATES DISTRICT COURT, DISTRICT OF NEW JERSEY |
| Plaintiff, | :: | |
| vs. | :: | CRIM. NO. 08-00327 |
| KYLE RAGUSA, | :: | PROPOSED ORDER |
| Defendant(s) | :: | |

THIS matter having been opened to the Court by Peter R. Willis, Esq., of Willis & Young, P.C. attorney for defendant Kyle Ragusa, requesting an Order modifying bail conditions and the United States Attorney, by Ronald Wigler, Assistant United States Attorney, appearing and Barbara Hutchinson, Pre-trial Services, for good cause shown,

IT IS on this 13th day of August, 2009;

ORDERED That Defendant is permitted to leave his home on Friday, August 14, 2009, from 9:00 a.m. until 5:00 p.m., to travel to spend the day with his father, John Ragusa, at 29 E. Marlin Way, Unit #3, Ocean Beach, New Jersey.

IT IS FURTHER ORDERED that all other bail conditions and restrictions remain in full force and effect.

8/13/09

HON. STANLEY R. CHESLER, USDJ

I hereby consent to form and entry of order

RONALD WIGLER, AUSA

BARBARA HUTCHINSON, PRE-TRIAL

TOTAL P.02