WILLIS & YOUNG, P.C.
921 Bergen Avenue, Suite 528
Jersey City, New Jersey 07306
(201) 659-2090
Attorney for Defendant, KYLE RAGUSA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | :: | UNITED STATES DISTRICT COURT, DISTRICT OF NEW JERSEY |
| Plaintiff, | :: | |
| vs. | :: | CRIM. NO. 08-00327 (SRC) |
| KYLE RAGUSA, | :: | |
| Defendant(s) | :: | CONSENT ORDER |

**THIS** matter having been opened to the Court by Peter R. Willis, Esq., of Willis & Young, P.C. attorney for defendant Kyle Ragusa requesting an Order modifying bail conditions and the United States Attorney, by Bohdan Vitvitsky, Assistant United States Attorney, and Barbara Hutchinson, Pre-trial Services consenting, and for good cause shown,

IT IS on this       day of January 2010;

**ORDERED** That Defendant's home confinement is amended to the following:

Defendant is allowed to leave his home from 7:00 a.m. until 12:00 midnight seven days a week,

**IT IS FURTHER ORDERED** that all other bail conditions and restrictions remain in full force and effect.

HON. STANLEY R. CHESLER, USDJ

I hereby consent to form and entry of Order

BOHDAN VITVITSKY, AUSA

BARBARA HUTCHINSON, PRE-TRIAL SERVICE
William Sobchik

TOTAL P.03