**WILLIS & YOUNG, P.C.**
921 Bergen Avenue, Suite 525
Jersey City, New Jersey 07306
(201)-659-2090
Attorney for the Defendant KYLE RAGUSA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | :: | UNITED STATES DISTRICT COURT |
| | :: | DISTRICT OF NEW JERSEY |
| Plaintiff, | :: | |
| | :: | CR. NO. 08-00327 |
| vs. | :: | |
| | :: | CRIMINAL ACTION |
| KYLE RAGUSA, | :: | Consent ~~PROPOSED~~ ORDER |
| Defendant. | :: | |

THIS matter having been opened to the Court by Peter R. Willis, Esq., of Willis & Young, P.C. attorney for defendant Kyle Ragusa requesting an Order modifying bail conditions and the United States Attorney, by Bohdan Vitvitsky, Assistant United States Attorney, consenting and Barbara Hutchinson, Pre-trial Services, consenting and for good cause shown,

IT IS on this 27 day of June, 2010;

ORDERED That for employment purposes only, Defendant's curfew hours will be amended as approved by Pretrial Services.

*[signature]*
HON. STANLEY R. CHESLER, USDJ

I hereby consent to form and entry of order

*[signature]*
BOHDAN VITVITSKY, AUSA

*[signature]*
~~BARBARA HUTCHINSON~~, US PRETRIAL SERVICES
William Sobchik
*[signature]* Peter Willis