**WILLIS & YOUNG, P.C.**
921 Bergen Avenue, Suite 525
Jersey City, New Jersey 07306
(201) 659-2090
Attorney for Defendant KYLE RAGUSA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | :: | UNITED STATES DISTRICT COURT, |
| Plaintiff, | :: | DISTRICT OF NEW JERSEY |
| vs. | :: | CRIM. NO. 08-00327 |
| KYLE RAGUSA, | :: | ORDER FOR EXTENSION |
| Defendant(s) | :: | OF SURRENDER DATE |

THIS matter having been opened to the Court by Peter R. Willis, Esq., of Willis & Young, P.C. attorney for Kyle Ragusa, for an Order extending the date for when the defendant has to surrender from December 14, 2010 until January 10, 2011 and Paul J. Fishman, the United States Attorney, by Bohdan Vitvitsky, Assistant United States Attorney, appearing and consenting to said application, and for good cause shown,

IT IS on this 13th day of December, 2010;

ORDERED that the Application is hereby GRANTED.

_____
Hon. Stanley R. Chesler, USDJ

I hereby consent to the
entry of the above order.

_____
Bohdan Vitvitsky, AUSA

TOTAL P.03